PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Crescencio De La Rosa      Cr.: 21-00895-001
     PACTS #: 7112571

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
                                                   UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/20/2022

Original Offense:    Count One: False Statement in Application/Use of Passport, 18 U.S.C. 1542

Original Sentence: 36 months' probation

Special Conditions: Special Assessment, Restitution - Money, Alcohol Restrictions, Alcohol Treatment, Financial Disclosure, Comply with ICE Instructions, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, ICE Work Authorization, Other Condition

Type of Supervision: Probation                                   Date Supervision Commenced: 12/20/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You must refrain from the use of alcohol and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.** |
| | On December 20, 2022, Mr. De La Rosa was sentenced by Your Honor. He reported to the Probation Office immediately after sentencing. He was drug tested and was positive for Alcohol. |

Prob 12A – page 2
Crescencio De La Rosa

U.S. Probation Officer Action:

Mr. De La Rosa was verbally reprimanded for using Alcohol. He admitted to drinking two beers the night before sentencing. Since that time, he has been drug tested on two separate occasions (a home contact on January 3, 2023, and an office visit on January 6, 2023, and both tests were negative. In addition, Mr. De La Rosa has been referred to Oaks Integrated Care for a Mental Health evaluation. At this time, the Probation Office is not recommending any court action to be taken. We will continue to monitor his compliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By:   AFONSO A. FERNANDES
       Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*       *1/19/23*

KEVIN M. VILLA               Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer
Hon. Esther Salas, U.S.D.J.
January 24, 2023
Date